DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HENRY M. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-09-313 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| HENRY M. MARTINEZ, | |
| Defendant. | |

This case is currently scheduled for a status hearing on November 16, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 16, 2009, be continued until December 14, 2009, at 10:00 a.m.. In addition, the parties stipulate that the time period from November 16, 2009, to December 14, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1  DATED: November 13, 2009

2
            Respectfully submitted,
3
   BENJAMIN B. WAGNER                    DANIEL BRODERICK
4  United States Attorney                Federal Defender

5

6  */s/ Lexi Negin for*                  */s/ Lexi Negin*
   PAUL HEMESATH                         LEXI NEGIN
7  Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Henry M. Martinez
8

9      **IT IS SO ORDERED.**

10 DATED: November 13, 2009

11

12                                       _____
                                         FRANK C. DAMRELL, JR.
13                                         UNITED STATES DISTRICT JUDGE