DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HENRY M. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>HENRY M. MARTINEZ,<br><br>               Defendant. | CASE NO. CR-S-09-313 FCD<br><br>STIPULATION AND ORDER TO VACATE STATUS HEARING AND TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME<br><br>Date:  February 8, 2010<br>Time:  10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

This case is currently scheduled for status conference on January 25, 2010. The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of February 8, 2010, at 10:00 a.m. be set.

This continuance is being requested because the parties are working on a resolution of the case and need more time to revise the plea agreement.

It is further stipulated and agreed between the parties that the period from January 25, 2010, through and including February 8, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

///

///

///

DATED: January 22, 2010

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

DANIEL BRODERICK  
Federal Defender

 */s/ Lexi Negin for*  
PAUL HEMESATH  
Assistant U.S. Attorney  
Attorney for United States

 */s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Henry M. Martinez

**IT IS SO ORDERED.**

DATED: January 22, 2010

FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE