DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HENRY M. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-09-313 FCD |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS HEARING AND TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME |
| v. | |
| HENRY M. MARTINEZ, | |
| Defendant. | |

This case is currently scheduled for status conference on February 8, 2010.  The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of March 1, 2010, at 10:00 a.m. be set.

This continuance is being requested because the parties are working on a resolution of the case and need more time to work on the details of the written plea agreement.

It is further stipulated and agreed between the parties that the period from February 8, 2010, through and including March 1, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

/ / /

/ / /

DATED: February 5, 2010

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

DANIEL BRODERICK  
Federal Defender

*/s/ Lexi Negin for*  
PAUL HEMESATH  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Henry M. Martinez

IT IS SO ORDERED.

DATED: February 5, 2010

_____  
FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE