HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
HENRY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09-cr-313 GEB<br>) <br>) STIPULATION AND [PROPOSED] ORDER TO<br>) VACATE ADMIT /DENY HEARING AND<br>) SCHEDULE STATUS HEARING<br>) <br>) Date: September 5, 2014<br>) Time: 9:00 am<br>) Jude: Garland E. Burrell, Jr.<br>) <br>) |
| Plaintiff, | |
| vs. | |
| HENRY MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the plaintiff United States, through its undersigned counsel, Josh Sigal, the defendant Henry Martinez, through his undersigned counsel, Assistant Federal Defender, Lexi P. Negin, and with the approval of the Probation Officer Becky Fidelman, that the admit/deny hearing scheduled for September 5, 2014, should be vacated.  It is further stipulated that a status hearing on this violation be scheduled for January 9, 2015.

Dated:  September 4, 2014

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ LEXI P. NEGIN*
        LEXI P. NEGIN
        Assistant Federal Defender
        Attorney for Defendant Henry Martinez

Dated: September 4, 2014        BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Lexi P. Negin for Josh Sigal*
                                Josh Sigal
                                Assistant U.S. Attorney

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 4, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the admit/deny hearing currently scheduled for Friday, September 5, 2014, be vacated,

IT IS FURTHER ORDERED, that this case be scheduled for a status hearing on January 9, 2015 at 9:00 a.m.

Dated:  September 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge