# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Henry M. Martinez         **Docket Number:**   0972 2:09CR00313

**Name of Judicial Officer**:   Honorable Garland E. Burrell, Jr., Senior United States District Judge

**Date of Original Sentence:**   7/19/2010

**Original Offense:** 18 U.S.C. § 1708 – Possession of Stolen United States Mail (Class D Felony); 18 U.S.C. § 1029(a)(3) – Possession of 15 or More Unauthorized Access Devices (Class C Felony)

**Original Sentence:** 60 months custody Bureau of Prisons; 36 months Supervised Release; $100 special assessment; Mandatory drug testing; No firearms; DNA collection

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. Financial Restrictions
4. Drug/Alcohol Treatment
5. Drug/Alcohol Testing
6. Aftercare Co-payment

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   1/17/2014

**Other Court Actions:**

07/23/2014:   Prob 12A Report of Offender Under Supervision noticed the Court advising the offender had submitted urine samples which tested positive for the use of controlled substances, namely, amphetamine and methamphetamine, on three separate occasions. Probation recommended the offender participate in Reentry Court and intensive outpatient drug treatment through his medical provider.

**08/22/2014**:        Prob 12C Petition for Warrant filed alleging Unlawful Use of a Controlled Substance and Failure to Notify of Change in Residence. The offender remains in custody pending the disposition of this matter.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 90 days, **and up to 10 additional days for substance abuse detoxification services if deemed necessary.**

**Justification:** Mr. Martinez is currently in custody pending a violation of supervised release for Unlawful Use of a Controlled Substance and Failure to Notify of Change in Residence. On August 22, 2014, the offender stated he did not feel he needed a residential treatment program, as he had his use of methamphetamine under control. He stated he was using two times a week, with his last use being the day prior.

On September 3, 2014, the undersigned visited Mr. Martinez, at the Sacramento County Jail. He stated he has had some time to think, and he recognizes he needs a residential treatment program and would like to complete one. The probation officer agrees with this assessment and believes it will be beneficial for the offender to complete a residential treatment program.

Additionally, The Effort residential treatment program has a bed available for Mr. Martinez on September 15, 2014. It is respectfully recommended Mr. Martinez be released to the probation officer's custody at 8:30 a.m., on that date. The undersigned will ensure there is a family member available to transport the offender to the treatment program at that time.

It is believed this plan is appropriate at this time to address the offender's violation conduct and a status on the violation has been set for January 9, 2015. If Mr. Martinez fails to complete the residential treatment program, it is anticipated we will proceed with the violation; however, if Mr. Martinez successfully completes the treatment program, the undersigned will request the violation petition filed on August 22, 2014, be dismissed.

Respectfully submitted,

**/s/ Rebecca A. Fidelman**

**Rebecca A. Fidelman**
**United States Probation Officer**
Telephone: (916) 930-4321

**DATED:** 9/8/2014

Reviewed by,

**/s/ Jeffrey C. Oestreicher**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time. Probation Officer to contact Court.

☐  Other

Dated: September 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:

United States Probation

Assistant United States Attorney: Josh Sigal

Defense Counsel:  Lexi Negin