UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>HENRY MARTINEZ,<br><br>            Defendant. | No. 2:09-cr-00313-GEB<br><br>**ORDER RELEASING HENRY MARTINEZ FROM CUSTODY** |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release HENRY MARTINEZ on September 15, 2014, from further detention on the Petition filed on August 22, 2014, in light of the following modification to the conditions of his supervision, which issued on September 11, 2014:

> 7. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

(Order at 2, 3, ECF No. 76.)

HENRY MARTINEZ shall be released to the probation officer's custody at 8:30 a.m. on September 15, 2014, for

1

transportation to The Effort, a residential treatment program.

        IT IS SO ORDERED.

Dated:  September 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge