IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 2 6 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | **FINDINGS AND RECOMMENDATION** |
| ) | **AND ORDER FOR REENTRY COURT** |
| Henry M Martinez, ) | **JAIL SANCTION** |
| ) | |
| Defendant. ) | Docket Number:   0972 2:09CR00313-002 |
| ) | |

On December 18, 2014, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of his Supervised Release by using methamphetamine on or about February 18, 2015. The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

It is therefore recommended that the defendant serve 3 days imprisonment, to commence on February 27, 2015 and ending on March 1, 2015.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

2/26/2015
Date

_Carolyn Delaney_
The Honorable Carolyn K. Delaney
U.S. Magistrate Judge

Rev.   05/2013
1
REENTRY COURT_JAIL SANCTION.DOTX

RE: Henry M Martinez
Docket Number:   0972 2:09CR00313-002
FINDINGS AND RECOMMENDATION AND
ORDER FOR REENTRY COURT JAIL SANCTION

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 3 days imprisonment, to commence on February 27, 2015 and end on March 1, 2015. The defendant is ordered to self-surrender to the United States Marshal no later than 2:00 p.m. on February 27, 2015.

_2-26-2015_
Date

The Honorable Garland E. Burrell, Jr.
U.S. District Judge